IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
AUG 15 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. __1:07-CR-171-WKW__ |
| ) | [18 USC 922(g)(1)] |
| LOURENZO FLUELLEN MARTIN ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 17th day of October, 2006, in Houston County, Alabama, within the Middle District of Alabama,

LOURENZO FLUELLEN MARTIN,

defendant herein, having been convicted on or about the dates set forth below of the offenses set forth below, each a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Florida:

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
|---|---|---|---|
| October 28, 1994 | Circuit Court, Fourteenth Judicial Circuit, Jackson County, Florida | CC-97-717CF | Lewd, Lascivious/ Indecent Assault/Act Upon/in Presence of Child |
| October 28, 1994 | Circuit Court, Fourteenth Judicial Circuit, Jackson County, Florida | CC-93-340CF | Concealed Weapon |

did knowingly possess, in and affecting commerce, the firearms listed below, a better description which is otherwise unknown to the grand jury:

1. A Fabrica De Armas Garantazadas, 7mm Firearm;

2.  A Marlin, Model 25m, .22 Caliber Rifle;

3.  A Remington, Model 870, 16 Gauge Shotgun; and

4.  A Ruger, Model M77, 7mm Rifle.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
TOMMIE BROWN HARDWICK
Assistant United States Attorney