IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NUMBER: 1:07cr171-WKW |
| ) | |
| LOURENZO FLUELLEN MARTIN ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: THE WARDEN AND/OR KEEPER OF THE <u>HOUSTON COUNTY JAIL</u>
      AT <u>DOTHAN, ALABAMA</u>

and

TO: THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
     OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of <u>LOURENZO FLUELLEN MARTIN</u>, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at Courtroom 4-A of said Court, in the City of <u>Montgomery, Alabama</u>, on <u>September 26, 2007</u>, at <u>10:30 a.m.</u>, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the 23rd day of August, 2007.

P/U On detainer

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _____
       Deputy Clerk

**RETURNED UNEXECUTED**

RETURNED AND FILED
SEP 10 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.