IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No.  1:07-cr-171-WKW |
| ) | |
| LOURENZO FLUELLEN MARTIN ) | |

**O R D E R**

In anticipation of the Judicial Council's approval of the Middle District of Alabama's Amended Plan for the Qualification and Random Selection of Grand and Petit Jurors, it is ORDERED that the trial of this matter is CONTINUED from February 4, 2008, to the criminal term of court beginning on **February 11, 2008, at 10:00 a.m.**, and will be conducted in the United States District Courthouse in Dothan, Alabama.

DONE this 10th day of December, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE