IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr171-WKW |
| | ) | |
| LOURENZO FLUELLEN MARTIN | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **LOURENZO FLUELLEN MARTIN**, by and through undersigned counsel, Donnie W. Bethel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 31st day of January, 2008.

                                                 Respectfully submitted,

                                                 s/ Donnie W. Bethel
                                                 DONNIE W. BETHEL
                                                 Assistant Federal Defender
                                                 201 Monroe Street, Suite 407
                                                 Montgomery, Alabama 36104
                                                 Phone: (334) 834-2099
                                                 Fax: (334) 834-0353
                                                 E-mail:don_bethel@fd.org
                                                 IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | 1:07cr171-WKW |
| ) | |
| **LOURENZO FLUELLEN MARTIN** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Brown Hardwick, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49