IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr171-WKW |
| | ) | |
| LOURENZO FLUELLEN MARTIN | ) | |

## CONSENT

I hereby declare my intention to enter a plea of guilty in the above case, and

after conferring with my lawyer, I hereby consent to have a United States Magistrate

Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal

Procedure incident to the making of such a plea and to adjudicate me guilty based on

my plea of guilty.  I understand that the District Judge to whom this case is assigned

will decide later whether to accept or reject any plea agreement I may have with the

United States and will impose sentence.

DATED this _____4th_____ of February, 2008.

_____
DEFENDANT

_____
COUNSEL