IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07CR171-WKW |
| | ) | |
| LOURENZO FLUELLEN MARTIN | ) | |

## MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, **LOURENZO FLUELLEN MARTIN**, by Undersigned Counsel, Donnie W. Bethel, and respectfully moves the Court for an Order continuing the sentencing hearing in this case. In support of this Motion, the Defendant would show the following:

1. The sentencing hearing is currently scheduled for April 18, 2008.

2. Mr. Martin has offered to cooperate with Government authorities, and the Government is currently evaluating that offer; Mr. Martin's cooperation may well impact the sentence that Mr. Martin will ultimately receive in this case. Therefore, Mr. Martin requests that the Court continue his sentencing hearing so that the Government will have sufficient time to further investigate the information that he provides to Government agents before the Court sentences him.

3. Further, Mr. Martin has not yet received a copy of the Presentence Investigation Report in this case.

4. A continuance in this case would serve the ends of justice.

5. The United States, through Assistant United States Attorney Christopher

Snyder, does not oppose this request.

**WHEREFORE**, for the reasons set forth above, the Defendant moves this Court to issue an Order continuing the sentencing hearing in this case from April 18, 2008.

Dated this 8th day of April, 2008.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:07CR171-WKW |
| | ) | |
| **LOURENZO FLUELLEN MARTIN** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Christopher Snyder, Assistant U. S. Attorney.

          Respectfully submitted,

          s/ Donnie W. Bethel
          DONNIE W. BETHEL
          Assistant Federal Defender
          201 Monroe Street, Suite 407
          Montgomery, Alabama 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          E-mail: don_bethel@fd.org
          IN Bar Code: 14773-49