IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr171-WKW |
| | ) | |
| LOURENZO FLUELLEN MARTIN | ) | |

**<u>ORDER</u>**

Upon consideration of the defendant's Motion to Continue Sentencing Hearing (Doc. # 33) to which the government is not opposed, it is ORDERED that the motion is GRANTED. The sentencing hearing is CONTINUED from April 18, 2008, to **July 22, 2008, at 10:30 a.m.**

DONE this 9th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE