IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   1:07-cr-171-WKW |
| | ) | |
| LOURENZO FLUELLEN MARTIN | ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Christopher A. Snyder, as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Tommie Brown Hardwick.

Respectfully submitted this the 7th of April, 2008.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Christopher A. Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, Alabama 36104
> Telephone: (334) 223-7280
> Fax: (334) 223-7135

**MOTION GRANTED**

THIS 23rd DAY OF April, 20 08

_____
UNITED STATES MAGISTRATE JUDGE