IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07-cr-171-WKW |
| | ) | |
| LOURENZO FLUELLEN MARTIN | ) | |

## **ORDER**

Upon consideration of the United States's Unopposed Motion to Continue Sentencing (Doc. # 36), to which the defendant is not opposed, it is ORDERED that the motion is GRANTED. The sentencing hearing is CONTINUED from July 22, 2008, to **September 10, 2008,** at 9:15 a.m.

DONE this 18th day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE